# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BARBARA JONES                                              PLAINTIFF

v.                          No. 3:20-cv-37-DPM

POINSETT COUNTY
HOUSING AUTHORITY                                          DEFENDANT

## ORDER

1. Jones's motion to proceed *in forma pauperis*, № 1, is granted. She can't afford the filing fee.

2. The Court must screen her complaint. 28 U.S.C. § 1915(e)(2). Jones worked for the Housing Authority for about eight months. She did maintenance at its low-income housing units. She says the Housing Authority never disciplined her in writing or said she wasn't doing her job well, and the executive director called her a good worker. She and her coworkers had to wear Housing Authority t-shirts; otherwise, Jones says, employees could wear whatever they wanted. She wore baseball caps, boots, and hairstyles that she says her supervisors associated with men's fashion. Her supervisors and the executive director—all men—told her they didn't like the way she dressed, and they directed her to wear clothes appropriate for women. She says that because of her appearance, her work duties were restricted to cleaning; she was asked not to work one day; and her

supervisor threatened to fire her if she didn't dress more like a woman. When she refused, her supervisor handed her a termination letter, which said she wasn't a good fit for the maintenance team. Jones has therefore plausibly pleaded sex discrimination and a hostile work environment in violation of federal law. *Lewis v. Heartland Inns of America, L.L.C.*, 591 F.3d 1033, 1038–39 (8th Cir. 2010). And the Court has supplemental jurisdiction over her state claim, which directly relates to her federal claims. 28 U.S.C. § 1367(a).

**3.** Jones's lawyers must prepare a summons, which the Clerk will issue, for Poinsett County Housing Authority. Counsel must deliver process to the U.S. Marshal for the Eastern District of Arkansas. The Court directs the Marshal to serve the summons and complaint without prepayment of fees.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2020